# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TRAMAINE HARRISON**

**VERSUS**

**STATE OF LOUISIANA, ET AL**

**CIVIL ACTION**

**UMBER 15-6-JWD-SCR**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated April 1, 2015, to which no objection was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and (iii) and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendants consistent with the facts alleged in his complaint.

Signed in Baton Rouge, Louisiana, on May 6, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**